**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

**KATHERINE MAINIERI**  Case Number 18-25840-RAM
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)
_____/

**DEBTOR'S MOTION TO ALLOW EARLY PAYOFF OF CHAPTER 13 PLAN**

Debtor, **KATHERINE MAINIERI,** by and through undersigned counsel, files this *Motion to Allow Early Payoff of Chapter 13 Plan,* and avers:

1.　　**KATHERINE MAINIERI** (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on December 21, 2018 (the "Petition Date").

2.　　This is a confirmed Chapter 13 case.

3.　　The Debtor's father passed away and left her an inheritance. The Debtor will use the inherited funds to payoff the Chapter 13 bankruptcy case.

4.　　The Debtor seeks an Order from this Court allowing the early payoff of her Chapter 13 Plan.

5.　　The Debtor has requested and believes that the service of filing this motion is necessary for the administration of her case. The attorney for the Debtor has received a fee of $500.00 for the filing and prosecuting of this motion and representing the Debtor in the Chapter 13 case and $25.00 for costs and seeks court approval of the fee pursuant to 11U.S.C. §329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. The services required in filing and prosecuting the motion and representing the Debtor in the Chapter 13 case are reasonable and

necessary and are not contemplated by the original retainer agreement between the Debtor and the attorney for the Debtor.

**WHEREFORE,** the Debtor, **KATHERINE MAINIERI,** seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail on August 24, 2021 to all parties on the attached service list and via CM/ECF to Office of the US Trustee and Nancy K. Neidich, Chapter 13 Trustee.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-25840-RAM<br>Southern District of Florida<br>Miami<br>Thu Mar 19 13:11:58 EDT 2020 | Miami-Dade County Tax Collector<br>c/o Alexis Gonzalez<br>200 NW 2nd Avenue, Suite 430<br>Miami, FL 33128-1733 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Afni, Inc.<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 |
| Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Citibank/Shell Oil<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Shell Oil<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Cleveland Clinic<br>2950 Cleveland Clinic Blvd<br>Fort Lauderdale, FL 33331-3625 |
| Compass Financial Fcu<br>Po Box 160580<br>Hialeah, FL 33016-0010 | Credit Contorl , LLC<br>PO Box 34111<br>Memphis, TN 38184-0111 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dept of the Treasury - Internal Revenue Serv<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| ERC/Enhanced Recovery Corp<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 |
| Firstcredit, Inc.<br>PO Box 630838<br>Cincinnati, OH 45263-0838 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 | Gastro Health PL<br>Attn: Patient Collections<br>PO Box 848593<br>Boston, MA 02284-8593 |
| Guidewell Sanitqas 1, LLC<br>8400 NW 33rd St Ste 100<br>Doral, FL 33122-1937 | Guidewell Sanitqas 1, LLC<br>8400 NW 33rd St Ste 100<br>Miami, FL 33122-1937 | IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| JMG Specialty Physicians<br>PO Box 864740<br>Orlando, FL 32886-4740 | JP Recovery Svcs, Inc.<br>PO Box 16749<br>Rocky River, OH 44116-0749 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Bank/CardWorks<br>Pob 9201<br>Old Bethpage, NY 11804-9001 | Miami Dade County Tax Collector<br>PO Box 25218<br>Miami, FL 33102-5218 | Miami-Dade County Tax Collector<br>Attn.Bankruptcy Unit<br>200 N.W. 2nd Avenue, Suite 430<br>Miami, Fl. 33128-1733 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Ocwen Loan Servicing, LLC<br>1661 Worthington Rd<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Receivables Outsourcing, Inc.<br>POB 549<br>Lutherville Timonium, MD 21094-0549 |
| Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Target<br>Attn: Bankruptcy Dept Target Card Servic<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | Transword Systems, Inc.<br>PO Box 4903<br>Trenton, NJ 08650-4903 |
| University Of Miami Health System<br>Po Box 741199<br>Atlanta, GA 30374-1199 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Visa Dept Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Zehn LLC Citibank NA as Collateral<br>Assignee of Zehn LLC & Its Manager<br>4747 Executive Dr #510<br>San Diego, CA 92121-3100 | Zehn LLC.<br>Citibank NA<br>4747 Executive Drive, Suite 510<br>San Diego, CA. 92121-3100 | Zehn, LLC<br>4747 Executive Drive, Suite 510<br>San Diego, CA 92121-3100 |

| | | |
|---|---|---|
| Katherine Mainieri<br>PO Box 700752<br>Miami, FL 33170-0752 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850 | Department of the Treasury<br>Po Box  21126<br>Philadelphia, PA 19114 |
| Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)IRS Centralized Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     2<br>Total                   64 |